IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY,

      Plaintiff,                           No. 2:13-cv-0043-MCE-EFB PS

      vs.

VEOLIA TRANSPORTATION SERVICES, INC.,

      Defendant.                   <u>ORDER</u>

     On January 15, 2013, the undersigned granted plaintiff's application to proceed in forma pauperis but dismissed plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2).[1]  Dckt. No. 3. Plaintiff's amended complaint was dismissed on February 5, 2013.  Dckt. Nos. 4, 5.  Plaintiff then filed a second amended complaint, Dckt. No. 6, and on March 5, 2013, the court directed the clerk to provide plaintiff with the forms required to effect service of that second amended complaint.  The order directed plaintiff to provide to the U.S. Marshal within fourteen days all information needed to effect service of process and to file a statement with the court within fourteen days thereafter that the documents were submitted.  It also directed the Marshal to serve the complaint on defendant and to notify the court of such service within fourteen days

---

[1] This case, in which plaintiff is proceeding *in propria persona* and *in forma pauperis*, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

1

thereafter. Dckt. No. 7. Also on March 5, 2013, the court issued an order which, among other things, set a status (pretrial scheduling) conference for July 3, 2013, and directed plaintiff to serve a copy of the order concurrently with service of process. It also directed the parties to file status reports within fourteen days of the July 3, 2013 conference, or in this instance, by June 19, 2013. Dckt. No. 9.

The docket reveals that on March 19, 2013, plaintiff provided the Marshal the documents for service. Dckt. No. 10. Plaintiff also filed a status report on June 18, 2013, indicating that service of process has been completed. Dckt. No. 11. However, the docket does not show return of service and the defendant has not filed a status report within the time prescribed, which suggest that the defendant may not have been served. On June 20, 2013, the undersigned's staff contacted the Marshal's Office to inquire as to the status of service of process. A representative from the Marshal's Office informed the court that the documents were mail served along with a waiver of service of process, but the waiver had not been returned. Therefore, the U.S. Marshal representative indicated that her office would be attempting to personally serve the documents shortly.[2]

Accordingly, because it appears defendant has not yet been served, IT IS HEREBY ORDERED that:

1. The status conference currently scheduled for July 3, 2013, is rescheduled for October 23, 2013, at 10:00 a.m., in Courtroom No. 8.

2. On or before October 9, 2013, the parties shall file status reports (or a joint status report) setting forth the matters referenced in the court's March 5, 2013 order.

////

---

[2] The court notes that Rule 4 (d)(1), Fed. R. Civ .P., imposes a duty on defendant "to avoid unnecessary expenses of serving the summons." Thus, it provides a process by which the defendant may accept receipt of the summons and complaint by mail and waive further formal service of process. Where a defendant declines to do so without good cause, the rule shifts the costs of further efforts to complete service to the defendant, including fees for any motion to collect those costs. Fed. R. Civ .P. 4 (d)(2).

3. The U.S. Marshal is directed to serve a copy of this order on defendant along with the documents for service of process, and within 14 days thereafter, shall file a statement with the court that said documents have been served. As provided in the March 5, 2013 order, if the U.S. Marshal is unable, for any reason, to effect service of process on defendant, the Marshal shall promptly report that fact, and the reasons for it, to the undersigned.

4. The Clerk of Court shall serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, CA 95814 (tel. 916-930-2030).

SO ORDERED.

DATED: June 28, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3